IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

WAYNE DYER,

Plaintiff.

No. C 12-5904 WHA (PR)

**ORDER OF TRANSFER**

This case was opened when plaintiff, a California prisoner incarcerated in San Diego, California, wrote a letter to the court requesting improved care for a medical condition. The Clerk notified plaintiff that he needed to file a complaint and either payment of the filing fee or an application to proceed in forma pauperis ("IFP") within thirty days or the case would be dismissed.

San Diego is located within the venue of the United States District Court for the Southern District of California. Venue for this case is therefore proper in the Southern District of California. *See* 28 U.S.C. 1391. As plaintiff is located in San Diego and his complaints arise out of events taking place there, , the events giving rise to this complaint, and the majority of the defendants are located at Centinela, in the Southern District, in interests of justice this case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. 1404(a), 1406(a).

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December    20   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\DYER5904.TRN.wpd